IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SANTOS MARTINEZ BELTRAN, | ) |
|     Petitioner, | ) |
| v. | ) |
| DIRECTOR, TDCJ-CID, | ) |
|     Respondent. | ) Civil Action No. 3:21-CV-1804-C-BK |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Petitioner's petition for a writ of habeas courpus should be dismissed with prejudice as barred by the one-year statute of limitations.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Petitioner's habeas petition be **DISMISSED** with prejudice.

SO ORDERED.

Dated September 6, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.